IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01278-RM-MJW

E AUTOXCHANGE, LLC, a Wyoming Limited Liability Company,

Plaintiff(s),

v.

ACADEMY, LLC, d/b/a PHIL LONG FORD OF CHAPEL HILLS, a Colorado Limited Liability Company,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the "Stipulation and Order to Stay Discovery Deadlines" (Docket No. 42), which the court has construed as a motion, is denied without prejudice. It is unclear from this filing whether the parties are merely engaged in settlement discussions or whether a settlement has, in fact, been reached, and if so, when dismissal papers will be filed.

Date: August 3, 2015