IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01278-RM-MJW

E AUTOXCHANGE, LLC, a Wyoming Limited Liability Company,

Plaintiff(s),

v.

ACADEMY, LLC, d/b/a PHIL LONG FORD OF CHAPEL HILLS, a Colorado
Limited Liability Company,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Stay Deadlines to Facilitate
Settlement and Dismissal (Docket No. 45) is granted.  The parties shall have up to and
including September 4, 2015, to file their dismissal papers or file a joint status report.
All deadlines in this case are stayed up to and including September 4, 2015.

Date: August 7, 2015