IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01278-RM-MJW

E AUTOXCHANGE, LLC, a Wyoming Limited Liability Company,

Plaintiff(s),

v.

ACADEMY, LLC, d/b/a PHIL LONG FORD OF CHAPEL HILLS, a Colorado Limited Liability Company,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Joint Motion to Stay Deadlines to Facilitate Settlement and Dismissal (Docket No. 48) is granted as follows. The parties shall have up to and including October 5, 2015, to file their dismissal papers. All deadlines in this case are stayed up to and including October 5, 2015.

Date: September 4, 2015