IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-CV-01278-RM-MJW

E AUTOXCHANGE, LLC,

    Plaintiff;

v.

ACADEMY, LLC,
    d/b/a PHIL LONG FORD OF CHAPEL HILLS, a Colorado Limited Liability Company,

    Defendant.

---

**ORDER GRANTING MOTION TO STAY DEADLINES TO FACILITATE SETTLEMENT AND DISMISSAL** ( Docket No. 51 )

---

It is hereby ORDERED that the Joint Motion to Stay Deadlines to Facilitate Settlement and Dismissal is granted. The parties shall have up to and including November 6, 2015 to file their dismissal papers or file a joint status report.

Dated this October 6, 2016

BY THE COURT

_____
Magistrate Judge Michael J. Watanabe

1