IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 14-cv-01278-RM-MJW

E AUTOXCHANGE, LLC,

    Plaintiff,

v.

ACADEMY, LLC,
d/b/a PHIL LONG FORD OF CHAPEL HILLS, a Colorado Limited Liability Company,

    Defendant.

---

**ORDER GRANTING JOINT MOTION TO DISMISS**

---

This matter comes before the Court on the Parties' Joint Motion to Dismiss (ECF No. 55). The Court, having reviewed the Motion and being fully advised, hereby ORDERS as follows:

The Parties' Joint Motion to Dismiss (ECF No. 55) is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE, with each party to pay their own fees and costs.

DATED this 22nd day of October, 2015.

                BY THE COURT:

                _____
                RAYMOND P. MOORE
                United States District Judge